**SCHLANGER LAW GROUP LLP**

December 1, 2021

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Judge
U.S. District Court - S.D.N.Y.
40 Foley Square
New York 10007

    **Re:**    *Carter v. Credit Acceptance Corp., et al.*
    **Index:**  1:21-cv-08276-LGS

Your Honor:

    My firm is co-counsel to Plaintiff in the above-referenced action. I write on behalf of all parties to request an adjournment of the initial conference currently scheduled for December 9, 2021 and the IPTC Materials submission deadline of December 2, 2021. Docket No. 9.

    The reason for the request is that Defendants Credit Acceptance Corp. and Equifax have both received extensions of their deadline to answer. Docket Nos. 20, 24. The current initial IPTC submission and conference deadlines fall several weeks prior to the December 23 answer deadline for these Defendants. In addition, Plaintiff and Credit Acceptance Corporation are actively engaged in early settlement discussions that may obviate the need for further litigation.

    For these reasons, the parties respectfully request that the conference be reset to January 24 through 27, 2022, with the pre-conference submission due 7 days prior.

                                                  Respectfully,

                                                  */s/Daniel A. Schlanger*

                                                  Daniel A. Schlanger

cc: all counsel of record

Application **GRANTED in part**. The initial conference scheduled for December 9, 2021, is **ADJOURNED** to **January 12, 2022, at 4:10 p.m.** The Clerk of Court is respectfully directed to close the motion at Dkt. No. 26.

Dated: December 2, 2021
       New York, New York

                                                 **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** dschlanger@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*