SCHLANGER LAW GROUP LLP

May 31, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
U.S. District Judge
U.S. District Court - S.D.N.Y.
40 Foley Square
40 Foley Square, New York 10007

Hon. James L. Cott
United States Magistrate Judge
U.S. Magistrate Judge
U.S. District Court - S.D.N.Y.
500 Pearl St.
New York, NY 10007

    **Re:**    *Carter v. Credit Acceptance Corp., et al.*
    **Index:**    1:21-cv-08276-LGS

## NOTICE OF SETTLEMENT-IN-PRINCIPLE
## WITH ALL REMAINING DEFENDANTS

Your Honors:

    My office is co-counsel for Plaintiff in the above-referenced matter.

    I write to inform the Court that Plaintiff has reached settlements-in-principle in this case with each of the remaining Defendants in this action, *i.e.* Credit Acceptance Corporation and Trans Union, LLC. The parties are in the process of finalizing the relevant settlement documents.

    A Notice of Settlement between Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") was filed on May 6, 2022. (Docket Entry No. 52.) On May 9, 2022, the Court granted Plaintiff's and Equifax's joint request to stay all deadlines with regard to their respective discovery obligations to one another pending finalization of settlement and ordered Plaintiff to file a stipulation of dismissal (as to Equifax only) or a joint letter regarding the status of settlement by June 10, 2022. (Docket Entry No. 53.)

    In light of the settlements-in-principle between Plaintiff and each of the Defendants, and to keep all related deadlines on the same schedule, the parties jointly request that all deadlines be stayed with regard to their respective discovery obligations to one another pending finalization of each of the settlements.

    The parties respectfully propose that they shall file a stipulation of dismissal (as to each of the Defendants) on or before July 11, 2022 and, if a stipulation is not filed by that date with regard to any Defendant, the parties shall provide the Court with a status report regarding

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** ashah@consumerprotection.net

finalization of that particular settlement.

        Respectfully,

        */s/Arjun D. Shah*

        Arjun D. Shah

cc: All Counsel (via ECF)