UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    KENIQUE CARTER,
                            Plaintiff,       :      21 Civ. 8276 (LGS)

                -against-       :      ORDER

    CREDIT ACCEPTANCE CORP., et al.,
                          Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: June 1, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE