**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENIQUE CARTER,<br><br>    *Plaintiff,*<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>    *Defendants.* | Civil Action No.: 1:21-cv-08276-LGS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CREDIT ACCEPTANCE CORPORATION** |

    The undersigned, counsel for Plaintiff and Credit Acceptance Corporation ("Defendant"), hereby stipulate and agree as follows:

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action as against Defendant only with prejudice and without costs. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

Dated: 8/11/2022

| | |
|---|---|
| *[signature]*<br>Arjun D. Shah<br>Schlanger Law Group LLP<br>80 Broad Street, Suite 1301<br>New York, NY 10004<br>T: 212-500-6114<br>F: 646-612-7996<br>E: ashah@consumerprotection.net<br>*Attorneys for Plaintiff* | *[signature]*<br>Chester R. Ostrowski<br>McLaughlin & Stern LLP<br>260 Madison Avenue<br>New York, NY 10016<br>T: 212-448-1100<br>F: 212-448-0066<br>E: costrowski@mclaughlinstern.com<br>*Attorney for Defendant Credit Acceptance Corporation* |

So Ordered.

_____
Hon. Lorna G. Schofield, U.S.D.J.