UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| KENIQUE CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION;<br>TRANS UNION, LLC; and EQUIFAX<br>INFORMAITON SERVICES, LLC;<br>    Defendants. | CASE NO. 1:21-cv-08276-LGS<br>  ECF Case<br><br><br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE<br>AS TO DEFENDANT TRANS UNION,<br>LLC, ONLY** |

Plaintiff Kenique Carter ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

Date: December 15, 2022        */s/ Daniel A. Schlanger (with consent)*
                                                   Daniel A. Schlanger, Esq.
                                                   Schlanger Law Group LLP
                                                   9 East 40th Street, Suite 1300
                                                   New York, NY  10016
                                                   Telephone:  (212) 500-6114
                                                   Fax:  (646) 612-7996
                                                   E-Mail:  dschlanger@consumerprotection.net

                                                   Thomas J. Lyons, Jr., Esq.
                                                   Consumer Justice Center
                                                   367 Commerce Court
                                                   Vadnais Heights, MN  55127
                                                   Telephone: (651) 770-9707
                                                   E-Mail: tommy@consumerjusticecenter.com

                                                   *Counsel for Plaintiff Kenique Carter*

Date: <u>December 15, 2022</u>   <u>*/s/ Camille R. Nicodemus*</u>
　　　　　　　　　　　　　　　　　Camille R. Nicodemus, Esq.
　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　Telephone:  (317) 363-2400, Ext. 105
　　　　　　　　　　　　　　　　　Fax:  (317) 363-2257
　　　　　　　　　　　　　　　　　E-Mail:  cnicodemus@schuckitlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*

SO ORDERED:

_____
Judge Lorna G. Schofield
United States District Court,
Southern District of New York

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **15th day of December, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Daniel A. Schlanger, Esq. dschlanger@consumerprotection.net | Arjun Shah, Esq. ashah@consumerprotection.net |
|---|---|
| Thomas J. Lyons, Jr., Esq. tommy@consumerjusticecenter.com | Courtney S. Stieber, Esq. ctaymour@seyfarth.com |
| Chester R. Ostrowski, Esq. costrowski@mclaughlinstern.com | Adam T. Hill, Esq. ahill@seyfarth.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **15th day of December, 2022**, properly addressed as follows:

| None | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 105
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*